IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 09-14616-MAM-13 |
| LYNDA MOYE SPEARS ) | |
| SSN: xxx-xx-3340 ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a) AND CO-DEBTOR STAY OF SECTION 1301

COMES NOW, your petitioner, Green Tree-AL, LLC, Servicing Agent for Conseco Finance Servicing Corporation (hereinafter referred to as "Green Tree"), and respectfully represents unto the Court as follows:

1. That the Debtor, Lynda Moye Spears (hereinafter "the Debtor"), in the above styled cause filed a petition in the United States Bankruptcy Court for the Southern District, the same being Case No. 09-14616-MAM-13.

2. That prior to, and on to-wit: January 8, 2000, Esponita Moye and Devin a. Bebley (hereinafter "the Co-Debtors") executed a Retail Installment Sales Contract and Security Agreement purchasing **one (1) 1999 Homestead Homes G77280324 32x80 mobile home, S/N: HMST14620BGA including any and all accessories, furniture, fixtures and appliances** . A copy of the Retail Installment Sales Contract and Security Agreement is attached hereto collectively as Exhibit "A" and incorporated herein by reference. A true and correct copy of the Certificate(s) of Title and/or Financing Statement is attached hereto as Exhibit "B" and incorporated herein by reference.

3. That the Debtor is in possession of the mobile home although she is not Green Tree's customer.

4. That pursuant to the Chapter 13 plan filed by the Debtor, she is to make all payments directly to Green Tree.

5. That the Co-Debtors are not debtors in this bankruptcy case.

6. That Green Tree avers that the Debtor and the Co-Debtors failed and refused to make payments as set out in the contract and the contract is now in default for the installment

months of October 2009 through December 2009 in the amount of $1,433.94.

       7. That Green Tree avers that the Debtor and the Co-Debtors failed to provide proof of insurance coverage on the collateral and, as such, Green Tree has been forced to obtain insurance coverage to protect its interest. The Debtor and the Co-Debtors are not paying the monthly charges for this insurance coverage and past due premiums are due for the months of November and December 2009 at a cost of $123.93.

       8. That Green Tree further avers that under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Green Tree further avers that there is no value in the collateral herein beyond the indebtedness owed to Green Tree and that there is no equity in the said collateral for the estate.

       9. That Green Tree also claims fees and costs for the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Green Tree prays this Honorable Court for an Order granting its above and foregoing motion, and for such further and other relief as this Court deems proper.

                                                    /s/ Paul J. Spina, III
                                                    Paul J. Spina, III
                                                    Attorney for Green Tree-AL, LLC

<u>OF COUNSEL:</u>
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the 28th day of **December, 2009**.

_/s/_
OF COUNSEL

Richard D. Shinbaum
Attorney at Law
P.O. Box 201
Montgomery, AL 36101

John C McAleer, III
Chapter 13 Trustee
Post Office Box 1884
Mobile, AL 36633-1884

Lynda Moye Spears
P.O. Box 82
Coy, AL 36435

Esponita Moye
P.O. Box 82
Coy, AL 36435

Kevin Bebley
P.O. Box 82
Coy, AL 36435