IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 09-14616-MAM-13 |
| LYNDA MOYE SPEARS ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |

## SUBMISSION OF AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY OF SECTION 362 (a) AND CO-DEBTOR STAY OF SECTION 1301

STATE OF SOUTH DAKOTA )
)
PENNINGTON COUNTY )

I, Lissa K. Ingram, hereby state the following:

1. That I am a duly authorized representative of Green Tree-AL, LLC, Servicing Agent for Conseco Finance Servicing Corporation (hereinafter referred to as Green Tree") and its successors and/or assigns, and hereby make this Affidavit in such capacity.

2. That Green Tree is a corporation organized under the laws of the State of South Dakota, and is authorized to sue on its own behalf.

3. That I am a custodian of records pertaining to the account of the Debtor, Lynda Moye Spears and Co-Debtors, Esponita Moye and Kevin A. Bevley (hereinafter "the Debtor and Co-Debtors"), for Green Tree. In the course of my employment, I have become familiar with the manner and method in which Green Tree maintains and records in its regular course of business. Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely, and to record each event or item at or near the time of the event or item so noted.

4. That I have reviewed the books and records which reveal that Green Tree is the lien holder of a perfected security interest in **one (1) 1999 Homestead Homes G77280324 32x80 mobile home, S/N: HMST14620BGA including any and all accessories, furniture, fixtures and appliances**. A true and correct copy of the Retail Installment Contract and Security Agreement executed in connection with the above transaction is attached hereto and made a part hereof and is marked Exhibit A. A true and correct copy of the Certificate of Title and/or Financing Statement securing the collateral named therein is attached hereto and made a part hereof by reference, and is marked Exhibit B (hereinafter collectively referred to as "the agreement").

5. That Green Tree avers that the Debtor and the Co-Debtors are in default on the obligation to Green Tree in that the Debtor and the Co-Debtors have failed to make the required contractual payments when due and owing pursuant to the terms of the above described agreement.

6. That as of the 21st day of December 2009, Green Tree avers that the Debtor and the Co-Debtors are in default of the terms of the agreement in the amount of **$1,557.87** for the installment months of October 2009 through December 2009. The amount of the current monthly payment is **$477.98** and falls due on the 15th day of each month.

7. That the current payoff of the agreement is **$80,945.97**.

8. That the value of Green Tree's collateral is **$31,586.00.**

9. That by failing to make the required monthly installment payments due pursuant to the agreement, Green Tree avers that the Debtor and the Co-Debtors have not provided adequate protection to Green Tree.

10. That Green Tree has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to reimbursement under the terms of its agreement.

11. That the above and foregoing facts are of my own personal knowledge and belief, and if called upon to appear as a witness, I could, and would, testify competently thereto. I declare under penalty of perjury that to the best of my knowledge the foregoing facts are true and correct.

**GREEN TREE-AL, LLC**

*[Signature]*
Lissa K. Ingram

Sworn to and subscribed before me this ___ day of December, 2009.

*[Signature]*
NOTARY PUBLIC
My commission expires: My Commission Expires May 13, 2014