IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In the Matter of: )
) Case No. 09-14616-MAM-13
LYNDA MOYE SPEARS )
) Chapter 13
Debtor(s). )
)
GREEN TREE-AL, LLC, SERVICING AGENT FOR )
CONSECO FINANCE SERVICING CORPORATION, )
)
Movant.

## FACT SUMMARY FOR MOTION FOR RELIEF
## FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES

| | | |
|---|---|---|
| Type of Loan/Credit Transaction: | mobile home | Date: January 8, 2000 |
| Type of Collateral: | one (1) 1999 Homestead Homes G77280324 32x80 mobile home, S/N: HMST14620BGA | Purchase Price: $224,584.80 |
| Amount Financed: | $50,983.50 | APR or Interest Rate: 11.49% |
| Term of Loan: | 360 months, or | 30 years |
| Payoff Amount: | $80,945.97 as of | 12/21/09 (Date) |
| Value of Collateral: | $31,586.00 | Method of Valuation: NADA |

Delinquent Pre-Petition Payments:
    What Month(s)? July 2009 through September 2009
    Amount: $3,647.85
    Claim Filed? _____ Yes, or __X__ No
    Date Claim Filed: 10/31/2009

Delinquent Post-Petition Payments:
    What Month(s)? October 2009 through December 2009
    Amount: $ 1,557.87
    Claim Filed? _____ Yes, or __X__ No
    Date Claim Filed: _____

Amount and Number of Post-Petition Payments Received: 0 and 0
Amount held in Suspense: NA

If Lease, Lease Expiration Date: NA
If Terminated, Lease Termination Date: NA
Insurer of Collateral: American Bankers

Does Creditor have Proof of Insurance in force: __X__ Yes _____ No _____ Unknown

Prior Stay Order(s) Involving Movant Including Current Case: _____ Yes or __X__ No
    If yes, give case number(s) and date(s) or order(s):
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____

Date: December 24, 2009     Submitted By: /s/ Lissa K. Ingram
                                                                   Lissa K. Ingram
                                                                   for Green Tree- AL, LLC

Spears File# 09-20655-1
Case 09-14616    Doc 14    Filed 12/28/09    Entered 12/28/09 09:36:01    Desc Main
Document    Page 1 of 1