P.O. Box 82
Coy, Alabama 36435
January 12, 2010

Judge Margaret A. Mahoney
U.S. Bankruptcy Judge
Southern District of Alabama
201 Saint Louis Street
Mobile, Alabama 36602

Dear Judge Margaret A. Mahoney:

    My name is Lynda Moye Spears, case number 09-14616. I went to a meeting with my attorney Vonda McLeod on Monday, January 12, 2010. At this point my meeting was everything but ethical; there is no other way possible for me to describe it. When Attorney McLeod was asked to explain to me what could be done legally concerning a notice I received concerning my home, I was faced with hostility. Her last reply to me was, "I hope you have fun finding somewhere to stay. We are going to file papers asking the judge to comply with Green Tree's request and begin legal proceedings!" I truly believe that I am being inadequately represented. Due to the nature of our meeting, I am sincerely requesting that you will consider allowing me sufficient time to seek other legal representation.

    Thank you very much for your time and consideration.

Sincerely,

*Lynda Moye Spears*

Lynda Moye Spears