In Re: Lynda Moye Spears
Case No. 09-14616
Green Tree-Al
1999 Homestead 32x80 Mobile Home
HMSTI4620BGA
G77280324

1-20-10

To: Honorable: Margaret A. Mahoney
        U.S. Bankruptcy Judge
        & all parties involved:

I, Kevin Bebley, on January 8, 2000 did co-sign a contract with Espanita Moye with Conseco Finance Corp-Alabama (presently Green Tree Finance) with the sole purpose of helping Espanita Moye and Lynda Moye Spears to obtain a home. All payments made were solely made by them. I had no interest in the home at that time nor do I have any at the present time.

_____
                              Kevin Bebley

Sworn and subscribed to before me this the 12th day of January, 2010.

_____
Notary

My Commission Expires: 10-15-12