IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 09-14616-MAM-13 |
| **LYNDA MOYE SPEARS** ) | |
| ) | **Chapter 13** |
| Debtor(s). ) | |

## AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY

This matter was set to come before the Court on January 21, 2010 on a Motion for Relief from Automatic Stay and Co-Debtor Stay filed by Green Tree – AL LLC f/k/a Conseco Finance Servicing Corporation (hereinafter "Green Tree") and Lynda Moye Spears (hereinafter "the Debtor"), through counsel, agree that Green Tree's request for relief from stay is due to be **DENIED** at this point. This denial is conditioned on the Debtor's timely payment of regular monthly mortgage payments as required under the Retail Installment Contract ("Agreement") (including principal, interest and any insurance and escrow). Therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. The Debtor will include in her plan $1,657.96, which includes $1,182.96 for post-petition arrears through January 2010 and $475.00 for reasonable attorney's fees and costs incurred by Green Tree in filing this motion, and Green Tree will be allowed to file a secured claim for this amount by consent of the parties. The Trustee shall place this claim in line for payment beginning immediately.

2. The Debtor will also resume making regular monthly mortgage payments (including principal, interest and any insurance and escrow) as provided for in the Agreement beginning with February 2010 payment direct to Green Tree.

3. Beginning with the February 2010 payment, in the event the Debtor fails to make any payment of principal, interest and any insurance and escrow as described in the preceding paragraphs of this Order by failing to make a regular monthly mortgage upon the date it becomes due per the terms of the Agreement, then Green Tree will send a letter to the Debtor, with a copy to Debtor's attorney, notifying them of the default and if the Debtor fails to cure the default within fifteen (15) days of the date of the notice of default letter, then relief from the automatic stay is hereby **GRANTED,** Green Tree, without further order of this Court, shall be entitled to reduce its claim(s) in the bankruptcy case, accelerate the balance due, and foreclose and/or repossess its collateral, one (1) 1999 Homestead Homes G77280324 32x80 mobile home, S/N: HMST14620BGA including any and all accessories, furniture, fixtures and appliances as provided for by applicable state law. In the event Debtor fails to pay timely, prior to defaulting

on the account, to avoid repossession of the Debtor's homes, Debtor and Green Tree stipulate that Green Tree may contact Debtor to confirm intent to retain or surrender.

      4. If the Debtor defaults and Green Tree is granted relief from the automatic stay under the terms of this Order, the stay **SHALL NOT** remain in effect for an additional fourteen (14) day period pursuant to Rule 4001 (a) (3), and Green Tree shall be entitled to immediately repossess and/or dispose of its collateral.

Dated: January 29, 2010

/s/ Margaret A. Mahoney
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

**This Order was prepared by:**
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800