P.O. Box 82
Coy, AL 36435
February 3, 2010

Judge Margaret A. Mahoney
U.S. Bankruptcy Judge
Southern District Of Alabama
201 Saint Louis Street
Mobile, Alabama 36602

Dear Judge Margaret Mahoney,

My name is Lynda Moye Spears Case no. 09-14616. This is a retraction of my letter dated January 12, 2010. Mr. Richard Shinbaum is to remain my attorney. I apologize for any inconvenience.

Thank you,
Lynda Moye Spears